Per Curiam.
 

 The testimony cannot be received. In England, in crimininal cases other than informations for misdemeanors, it could not. No case in point is recollected in the books.—The principal reason is that trials at
 
 Nisi Prius,
 
 where agreeably
 
 to
 
 Magna Charta, witnesses are confronted, are not generally reported. Though no cases in point have been produced, we understand that evidence could not be received agreeably to
 
 Magna Charta.
 
 All inferior offences, are tried in our county courts and even
 
 petit larceny
 
 where limb is effected, but the parties have a right of appeal to this court ; frequent deaths may take place between the trial there and here, and it seems to us, that it would be dangerous to liberty to admit such evidence. It would go a great length in overthrowing this wise provision of the constitution. An inconvenience which could not exist in England, where there is no appeal as to matter of fact, as here. The evidence cannot be received.